

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2578

February 2, 2018

Hon. Lawrence E. Kahn
James T. Foley Courthouse
445 Broadway Ave.
Albany, New York 12207

Re:   *Bryant v. Bouvia et al*
      Northern District of New York
      15-CV-0258 (LEK)(ATB)

Dear Judge Kahn:

The Court ordered the parties to submit stipulated trial dates in the above matter. The parties have stipulated to the following dates for trial:

1. April 23, 2018 – April 27, 2018
2. April 30, 2018 – May 4, 2018
3. May 7, 2018 – May 11, 2018
4. May 14, 2018 – May 18, 2018

The parties respectfully request that the trial be scheduled to begin on one of the dates proposed above.

***Trial will commence on 5/07/18 at 10:00 AM, in Albany. Pretrial submissnios will be due by 4/23/18.

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated:   February 07, 2018
         Albany, NY